# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| EARLE M. JORGENSEN COMPANY, a Delaware corporation, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Case No. 1:07-cv-03740<br>) |
| ESTELLE G. WALGREEN, an individual, | ) Hon. Suzanne B. Conlon<br>) |
| Defendant. | )<br>)<br>) |

## **JUDGMENT**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. That pursuant to the personal guaranty signed by Estelle G. Walgreen in favor of Earle M. Jorgensen Company, guarantying payment of all debt of Converse Industries, Inc. to Earle M. Jorgensen Company, and promising to pay 18% on all sums due and owing when they mature, and promising to pay all attorneys' fees and costs associated with Earle M. Jorgensen's efforts to collect the debt, default judgment be, and hereby is, entered against Estelle G. Walgreen, and in favor of Earle M. Jorgensen Company, in the amount of $832,403.23, plus any additional accruing interest on said amount, plus any attorneys' fees and costs incurred but not yet billed, or to be incurred, by Earle M. Jorgensen Company in an effort to collect the debt.

2. That upon showing by Earle M. Jorgensen Company that additional interest on this judgment has accrued, or that Jorgensen has incurred additional attorneys' fees

and costs not already included in the judgment, this Court may add such interest, fees or costs to the judgment by order at any time.

Dated at Chicago, Illinois, this __ day of _____ 2007.

BY THE COURT

_____
Honorable Suzanne B. Conlon